Case 2:15-cv-02125-JFB-SIL   Document 11   Filed 09/24/15   Page 1 of 1 PageID #: 27

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 24 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MICHAEL POWER,

15 CV 2125 (JFB)(SIL)

    Plaintiff,

- against -

FRISKY OYSTER, LLC, and
ROBERT BEAVER,

    Defendants.
----------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

*[handwritten: — based upon a review of the Settlement Agreement and letter from plaintiff's counsel (filed under seal)  JFB]*

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants that, the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action shall be dismissed in its entirety, with prejudice, in accordance with the terms of the Settlement Agreement.

| | |
|---|---|
| Neil H. Greenberg & Associates, P.C.<br>900 Merchants Concourse, Suite 314<br>Westbury, New York 11590<br>(516) 228-5100 | Bubka Law Group<br>214 Roanoke Avenue<br>Riverhead, New York 11901<br>(631) 208-5300 |
| By: _____<br>    Justin M. Reilly, Esq. | By: /s/ Lane M. Bubka<br>    Lane M. Bubka, Esq. |

SO ORDERED on this 24th day of September, 2015

_____
United States District Judge